David CUTTS, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 70087.

Missouri Court of Appeals,
Eastern District,
Division One.

April 8, 1997.

David Simpson, Asst. Public Defender, Columbia, for movant/appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jill C. LaHue, Assistant Attorney General, Jefferson City, for respondent/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Movant appeals the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

Michael L. VALENDY, Petitioner–
Appellant,

v.

Eva M. VALENDY, Respondent.

No. 69193.

Missouri Court of Appeals,
Eastern District,
Division One.

April 8, 1997.

Jayson B. Lenox, Anthony C. Linson, St. Charles, for petitioner-appellant.

Robert N. Hamilton, Clayton, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

ORDER

PER CURIAM.

Petitioner appeals the division of marital assets and debts from the Judgment and Decree of Dissolution of Marriage.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).